IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.1:09-cr-00347-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE TORRES-MUNOZ,
    a.k.a. Jose Munoz-Torres, a.k.a. Jose Torres-Munoz De la Luz, a.k.a. Jose De La Luz
    Torres-Munoz, a.k.a. Jose Torres-Sillas, a.k.a. X Chulo, a.k.a. Jose De La Cruz Torres-
    Munoz, a.k.a. Joseph Torres-Munoz, a.k.a. Jose Torres,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JOSE TORRES-MUNOZ, a.k.a. Jose Munoz-Torres, a.k.a. Jose Torres-Munoz De la Luz, a.k.a. Jose De La Luz Torres-Munoz, a.k.a. Jose Torres-Sillas, a.k.a. X Chulo, a.k.a. Jose De La Cruz Torres-Munoz, a.k.a. Joseph Torres-Munoz, a.k.a. Jose Torres, year of birth 1961, FBI # 24944KB, before a United States Magistrate Judge, forthwith, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution

where he is now confined.

SO ORDERED this 30th day of June, 2010.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO